# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2006

129388

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANILA MUCI,
      Plaintiff-Appellee,

v

                                    SC: 129388
                                    COA: 251438
                                    Wayne CC: 03-304534-NF

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 21, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties are directed to file supplemental briefs within 56 days of the date of this order addressing the following issues: (1) whether there is a conflict between MCL 500.3151 and MCR 2.311; (2) whether, if there is a conflict, the court rule is controlling; (3) whether a trial court may impose reasonable conditions as part of the examination process; (4) whether a plaintiff must establish misconduct specifically directed at the plaintiff by the examiner before reasonable conditions are imposed; and (5) whether the conditions imposed in this case were reasonable.

The Michigan Trial Lawyers Association and Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae on these issues. Other persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2006

Clerk

t0530